UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOSE GARCIA, individually and on behalf of others similarly situated,

    Plaintiff,

-against-

NEW YORK BUILDERS OF STAIRS INC. and EDWARD BARAN,

    Defendants.

Case No.: 20-2993 (EK) (PK)

**ENTRY OF DEFAULT**

I, DOUGLAS C. PALMER, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that Defendant EDWARD BARAN has not filed an answer or otherwise moved with respect to the Complaint herein. The default of Defendant EDWARD BARAN is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, NY
      January 22, 2021

                              DOUGLAS C. PALMER
                              Clerk of the Court

                              By: *Jalitza Poveda*
                              Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE GARCIA, individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>  -against-<br><br>NEW YORK BUILDERS OF STAIRS INC. and EDWARD BARAN,<br><br>        Defendants. | Case No.: 20-2993 (EK) (PK)<br><br>**ENTRY OF DEFAULT** |

I, DOUGLAS C. PALMER, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that Defendant NEW YORK BUILDERS OF STAIRS INC. has not filed an answer or otherwise moved with respect to the Complaint herein. The default of Defendant NEW YORK BUILDERS OF STAIRS INC. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, NY
       January 22, 2021

                                        DOUGLAS C. PALMER
                                        Clerk of the Court

                                        By: *Jalitza Poveda*
                                        Deputy Clerk