```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

 LEILA VILLAO, administratrix of the
 estate of Jose Garcia,
                                                    MEMORANDUM & ORDER
                       Plaintiff,                   20-cv-02993(EK)(PK)

             -against-

 NEW YORK BUILDER OF STAIRS,

                       Defendant.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Peggy Kuo's Report and Recommendation (R&R) dated January 28, 2022.  Judge Kuo recommends that I deny Plaintiff's motion for default judgment.  *See* ECF No. 17.  Neither party has filed objections, and the time to do so has expired.  Accordingly, I review Judge Kuo's recommendation for clear error on the face of the record.  *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having reviewed the record, I find no clear

error and therefore adopt the R&R in its entirety.  Thus, Plaintiff's motion for default judgment is denied.


SO ORDERED.

                                                           /s/ Eric Komitee  
                                                   ERIC KOMITEE  
                                                   United States District Judge


Dated:    September 27, 2022  
          Brooklyn, New York