UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK _____ X

LEIDA VILLAO, as administratrix of the
Estate of JOSE GARCIA, individually and on
behalf of others similarly situated,

Plaintiff,

-against-

NEW YORK BUILDERS OF STAIRS INC.
and EDWARD BARAN,

Defendants.

_____X

Civil Case No.: 1:20-cv-02993-EK-PK

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between LEIDA VILLAO, administratrix of the estate of Plaintiff JOSE GARCIA, and Defendants NEW YORK BUILDERS OF STAIRS INC. And EDWARD BARAN, the parties' SETTLEMENT AND RELEASE AGREEMENT ("Agreement") having been found to constitute a fair and reasonable compromise of a *bona fide* dispute, this action is dismissed, with prejudice, in its entirety and with no award of attorneys' fees, costs or disbursements to Plaintiff or Defendant by the Court. ~~Pursuant to the terms of the Agreement, the Court retains jurisdiction over disputes between the parties for purposes of enforcement of the settlement.~~

[INTENTIONALLY LEFT BLANK – SIGNATURES ON FOLLOWING PAGE]

FISHER TAUBENFELD LLP
*ATTORNEYS FOR PLAINTIFF*
225 Broadway, Suite 1700
New York, New York 10007
Tel.: (212) 384-0259

KUSHNICK PALLACI PLLC
*ATTORNEYS FOR DEFENDANTS*
630 Johnson Avenue, Suite 201
Bohemia, New York 11716
Tel.: (631) 752-7100

By: *Michael Taubenfeld*
    MICHAEL TAUBENFELD, ESQ.

By: _____
VINCENT T. PALLACI, ESQ.

Dated: _____

Dated: ___1/24/23___

SO ORDERED THIS __25__ DAY OF ___January___, 2023

*Peggy Kuo*
_____
Hon. Peggy Kuo, United States Magistrate Judge

2